UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LESLIE BARNAVE,

                                Plaintiff,

   -v-                                     1:20-CV-776
                                                 (DNH/ATB)

NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES and NEW YORK
STATE OFFICE OF TEMPORARY AND
DISABILITY ASSISTANCE,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

LESLIE BARNAVE
Plaintiff pro se
248 State Street
Apartment #8D
Albany, NY 12210

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Leslie Barnave brought this alleged civil action on July 13, 2020. On July 16, 2020, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed sua sponte based on the defendants' immunity from suit, without prejudice, but without the opportunity for amendment. Plaintiff timely filed objections to the Report-Recommendation. ECF No. 5.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE and without the opportunity for amendment; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: August 12, 2020
Utica, New York.